DANIEL G. BOGDEN
United States Attorney
SUE FAHAMI
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501
Telephone: (775) 784-5438

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 2 3 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| IN RE: | Case No. 3:15-ms-00008 |
|---|---|
| ADMISSION OF GOVERNMENT ATTORNEY CAMERON M. GULDEN. | MOTION TO ADMIT GOVERNMENT ATTORNEY |

COMES NOW THE UNITED STATES OF AMERICA, by and through DANIEL G. BOGDEN, United States Attorney, and SUE FAHAMI, Assistant United States Attorney, and pursuant to the Rule LR IA 10-3 of the Local Rules of Practice for the United States District Court for the District of Nevada, hereby moves the Court for an order permitting Cameron M. Gulden to practice before this Court, including the United States Bankruptcy Court, for the purpose of representing the United States of America and its agencies and employees during the period of his employment by the United States of America.

Cameron M. Gulden is a member in good standing of the State Bar of Minnesota (Bar Number

///

///

///

///

///

1

310931). He is employed as a Trial Attorney with the Office of the United States Trustee, 300 Booth Street, Room 3009, Reno, Nevada 89509. His telephone number is (775) 784-5335.

Dated this 22nd day of October, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

SUE FAHAMI
Assistant United States Attorney

IT IS SO ORDERED.

Dated: October 26, 2015

United States District Judge

2